IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES D. WALKER                                                                   PLAINTIFF

VS.                                       CASE NO. 09-CV-4086

SHARON ANDERSON
Probation Officer                                                                 DEFENDANT

## **ORDER**

Before the Court is the Report and Recommendation filed on January 19, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 10). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

The Court finds that Plaintiff James D. Walker has failed to state a claim upon which relief can be granted as required by Fed. R. Civ. P. 12(b)(6). Accordingly, Defendant's Motion to Dismiss is **granted** and Plaintiff's Complaint is hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 12th day of February, 2010.

                                                            /s/Harry F. Barnes
                                                          Hon. Harry F. Barnes
                                                          United States District Judge